FILED
January 05, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D65

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | David Frederick Mosey and Debra Ann Mosey | **Case No :** | 09-26759 - B - 13J |
| | | **Date :** | 12/29/09 |
| | | **Time :** | 09:32 |
| **Matter :** | [57] - Motion/Application to Confirm/Modify Chapter 13 Plan [DBJ-4] Filed by Debtor David Frederick Mosey, Joint Debtor Debra Ann Mosey (stps) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

The matter was unopposed. Due to the size of the three related calendars (224 matters), the court made the following ruling without findings.

IT IS ORDERED that the motion is 1) granted, and 2) the modified plan filed November 20, 2009 is confirmed.

Dated: January 05, 2010

Thomas C. Holman
United States Bankruptcy Judge